UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------x
HOLDEN COMMONS, LLC,                          :
                                              :   04-40149
            Plaintiff,                        :   Civ. A. No. _____
                                              :
      v.                                      :
                                              :
BIG Y FOODS, INC.,                            :
                                              :
            Defendant.                        :
                                              :
---------------------------------------------------------x

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

In accordance with Local Rule 7.3, plaintiff Holden Commons, LLC, hereby discloses that it is a wholly-owned subsidiary of Midamco, an Ohio limited partnership whose general partner, Mid-America Management Corporation, is an Ohio corporation headquartered in Cleveland Ohio. No publicly held company owns 10% or more of its stock.

Respectfully submitted,

HOLDEN COMMONS, LLC
By its attorneys,

Rudolph F. Pierce (BBO #399380)
Dennis A. Murphy (BBO #645168)
GOULSTON & STORRS, P.C.
400 Atlantic Avenue
Boston, Massachusetts 02110
(617) 482-1776

Dated: August 3, 2004