UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------x
HOLDEN COMMONS, LLC,

        Plaintiff,        :    Civ. A. No. _04 40149 FDS_

    v.

BIG Y FOODS, INC.,        :    ORAL ARGUMENT REQUESTED

        Defendant.
---------------------------------------------------x

**PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to Rule 65 of the Federal Rules of Civil Procedure, plaintiff Holden Commons, LLC, hereby moves this Court for a preliminary injunction to enjoin defendant Big Y Foods, Inc., from operating a pharmacy at its supermarket in Holden Massachusetts. The grounds for granting this motion are set forth in the accompanying Memorandum of Law filed herewith.

REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), plaintiff requests an expedited hearing on this motion.

        Respectfully submitted,

        HOLDEN COMMONS, LLC
        By its attorneys,

        _____
        Rudolph F. Pierce (BBO #399380)
        Dennis A. Murphy (BBO #645168)
        GOULSTON & STORRS, P.C.
        400 Atlantic Avenue
        Boston, Massachusetts 02110
        (617) 482-1776

Dated: August 3, 2004

## LOCAL RULE 7.1 CERTIFICATION

I, Dennis A. Murphy, hereby certify that counsel for the parties conferred and attempted in good faith to resolve or narrow the issue presented by this motion.

_____
Dennis A. Murphy

## CERTIFICATE OF SERVICE

I, Dennis A. Murphy, hereby certify that I served a copy of this Plaintiff's Motion For Preliminary Injunction to be served by overnight mail on David A. Shrair, Esq., Cooley Shrair, P.C., 1380 Main Street, Springfield, Massachusetts 01103, attorney for defendant Big Y Foods, Inc.

_____
Dennis A. Murphy

Dated: August 3, 2004