UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.

| | |
|---|---|
| HOLDEN COMMONS, LLC. | ) |
| Plaintiff, | ) |
| vs. | ) **DEFENDANT'S MOTION TO EXTEND TIME TO FILE OPPOSITION TO PLAINITFF'S MOTION FOR PRELIMINARY INJUNCTION** |
| BIG Y FOODS, INC., | ) |
| Defendant. | ) |

NOW COMES, BIG Y FOOD, INC., by and through its counsel, Mark Mason, Esquire of Cooley, Shrair P.C., and he moves that this Court extend the deadline for filing a written Opposition to Plaintiff's Motion for Preliminary Injunction to August 27, 2004. In support thereof, the Defendant respectfully states as follows:

1. The Plaintiff's Motion to enjoin the opening of the Defendant, Big Y Foods, Inc.'s pharmacy at it's Holden, Massachusetts supermarket and the Memorandum in Support, was received in our office on Wednesday August 4, 2004.
2. The Motion presents complex factual and legal issues.
3. Counsel for Big Y Foods, Inc. has a previously scheduled vacation planned from August 9, 2004 through August 15, 2004 and as such will be out of the office, and Counsel for the Defendant is required to be in Boston all day on August 17, 2004 and all day on august 19, 2004, on other business matters.
4. The Defendants opposition is currently due on August 20, 2004.

5. Big Y Foods, Inc. does not anticipate opening the subject pharmacy until mid to late October 2004, and as such, granting the Defendants a one-week extension on the filing of their opposition will not prejudice the Plaintiffs.

WHEREFORE, the Big Y respectfully requests that the Court extend the time period for filing Opposition to Plaintiff's Motion to August 27, 2004.

BIG Y FOODS, INC.

By /s/ Mark Mason (ddm)
MARK MASON, ESQUIRE
BBO No. 115910
Cooley, Shrair P.C.
1380 Main Street, Fifth Floor
Springfield, MA 01103
Tel: (413) 781-0750
Fax: (413) 733-3042

Dated: AUGUST 11, 2004

## RULE 7.1 (A)(2) CERTIFICATION

I, MARK D MASON, Esquire do certify that I have conferred with counsel for Holden Commons, LLC., prior to filing the within Motion in a good faith effort to resolve the within issue. My efforts were as follows:

On August 5, 2004, I spoke with counsel for the Plaintiffs, Dennis A. Murphy, Esquire, and requested that his client assent to the within Motion. In response, counsel for the Plaintiffs advised that, while he did not anticipate that an extension for a period of one week would be objectionable, he wished to ensure that the hearing on the Motion would be prior to the opening of Big Y Foods, Inc.'s pharmacy.

On August 6, 2004, I advised counsel for the Plaintiffs that such opening was to occur in mid to late October 2004.

On August 9, 2004, a draft of an Assented to Motion to Extend Time was transmitted to Plaintiffs' counsel.

On August 10, 2004, Plaintiffs' counsel advised that the Plaintiffs would not assent to the within Motion.

Mark Mason (ddm)
Mark Mason, Esquire

## CERTIFICATE OF SERVICE

I, Mark Mason, hereby certify that I made service of the foregoing document on this ninth day of August 11, 2004 via first-class mail, postage prepaid to:

Dennis A. Murphy
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, Massachusetts 02110

Mark Mason (ddm)
Mark Mason, Esquire

Dated: AUGUST 11, 2004