UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.

| | |
|---|---|
| HOLDEN COMMONS, LLC. | ) |
| Plaintiff, | ) |
| vs. | ) |
| BIG Y FOODS, INC., | ) |
| Defendant. | ) |

NOTICE OF GENERAL APPEARANCE

Please take notice that I MARK D MASON, ESQUIRE have been retained by, and appear for, the Defendant, Big Y Foods, Inc., in the above entitled matter.

You are further notified that all papers in this action are to be served on me at my office.

Dated: August 11, 2004

By: _Mark Mason (ddm)_
MARK D MASON, ESQUIRE
Cooley, Shrair, P.C.
1380 Main Street, Fifth Floor
Springfield, MA 01103-1616
Telephone: (413) 781-0750
Fax: (413) 733-3042
BBO# 544936

## CERTIFICATE OF SERVICE

I, Mark Mason, hereby certify that I made service of the foregoing document on this Ninth day of August 11, 2004 via first-class mail, postage prepaid to:

Dennis A. Murphy
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, Massachusetts 02110

_Mark Mason (ddm)_
Mark Mason, Esquire

Dated: AUGUST 11, 2004