UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 4:04-CV-40149

HOLDEN COMMONS, LLC.,
    Plaintiff

vs.

BIG Y FOODS, INC.,
    Defendant

BIG Y FOODS, INC.'S OPPOSITION TO HOLDEN COMMONS, LLC'S MOTION FOR PRELIMINARY INJUNCTION

NOW COMES Big Y Foods, Inc., Defendant, in the above-referenced matter and respectfully opposes Plaintiff, Holden Commons, LLC's, Motion for Preliminary Injunction. As basis therefore, Big Y Foods, Inc. files herewith its Memorandum of Law and Affidavit of Charles L. D'Amour.

WHEREFORE, Defendant, Big Y Foods, Inc., respectfully requests Plaintiff, Holden Commons, LLC's, Motion for Preliminary Injunction be denied.

BIG Y FOODS, INC.

By: _____
MARK MASON, ESQ.
BBO#544936
Cooley, Shrair P.C.
1380 Main Street, Fifth Floor
Springfield, MA 01103
Tel (413) 781-0750
Fax (413) 733-3042

Dated: 8/26/04

CERTIFICATE OF SERVICE

I, Mark Mason, hereby certify that a copy of the foregoing Opposition to Motion for Preliminary Injunction has been mailed, postage prepaid, this 26th day of August, 2004, to: Dennis A. Murphy, Esq., Goulston & Storrs, P.C., 400 Atlantic Avenue, Boston, MA 02110.

_____
MARK MASON, ESQ.

4163.223/66734