UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-------------------------------------------------------x
HOLDEN COMMONS, LLC,
                                          :
                Plaintiff,                    Civ. A. No. 04-CV-40149 (FDS)
                                          :
        v.
                                          :
BIG Y FOODS, INC.,
                                          :
                Defendant.
-------------------------------------------------------x
```

**<u>JOINT STIPULATION FOR ENTRY OF PRELIMINARY INJUNCTION</u>**

Plaintiff Holden Commons, LLC and Defendant Big Y Foods, Inc. ("Big Y"), through their undersigned counsel, hereby agree and stipulate to the entry of the following preliminary injunction pursuant to Federal Rule of Civil Procedure 65: Until further order of the Court or further written agreement of the parties, Big Y is preliminarily enjoined from opening or operating a pharmacy, drug store selling prescription drugs, or prescription pharmacy department at its supermarket in Holden, Massachusetts.

|  |  |
|---|---|
|  | Respectfully submitted, |
| BIG Y FOODS, INC.<br>By its attorneys, | HOLDEN COMMONS, LLC<br>By its attorneys, |
| /s/  Mark D. Mason<br>Mark D. Mason (BBO #544936)<br>COOLEY, SHRAIR, P.C.<br>1380 Main Street, Fifth Floor<br>Springfield, MA 01103<br>(413) 781-0750 | /s/  Dennis A. Murphy<br>Rudolph F. Pierce (BBO #399380)<br>Dennis A. Murphy (BBO #645168)<br>GOULSTON & STORRS, P.C.<br>400 Atlantic Avenue<br>Boston, Massachusetts 02110<br>(617) 482-1776 |

Dated: October 20, 2004