UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HOLDEN COMMONS, LLC, )<br>  )<br>    Plaintiff, )<br>  )  Civil Action No.<br>    v. ) 04-40149-FDS<br>  )<br>BIG Y FOODS, INC., )<br>  )<br>    Defendant. )<br>  ) | |

**ORDER FOR PRELIMINARY INJUNCTION**

**SAYLOR, J.**

This matter came before the court on August 3, 2004 in a complaint filed by Holden Commons, LLC ("Holden"), seeking a declaratory judgment that its tenant, Big Y Foods, Inc., ("Big Y") was precluded by the terms of its lease from operating a pharmacy on the premises of its supermarket. Holden also requested a preliminary injunction to prevent Big Y from opening a pharmacy on the leased premises and a permanent injunction, following trial on the merits, enjoining the same.

The court heard oral arguments on Holden's motion for a preliminary injunction on September 28, 2004, and scheduled an evidentiary hearing on the motion for October 12, 2004. The evidentiary hearing was subsequently postponed until October 22, 2004.

On October 21, 2004, the parties filed a Joint Stipulation for Entry of Preliminary Injunction pursuant to Federal Rule of Civil Procedure 65, requesting that the court order preliminary injunctive relief. In accordance with the parties' Joint Stipulation, it is hereby ordered that, until further order of the court, Big Y Foods, Inc., or its successors or assigns with actual

notice of this order, are preliminarily enjoined from opening or operating a pharmacy, a drug store selling prescription drugs, or a prescription pharmacy department at its supermarket at the Holden Commons shopping center in Holden, Massachusetts.

**So Ordered.**

                                                  /s/ F. Dennis Saylor
                                                  F. Dennis Saylor IV
                                                  United States District Judge

Dated: at Worcester, Mass., October 21, 2004, at 2:37 P.M.