UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
--------------------------------------------------------x
HOLDEN COMMONS, LLC,
                                    :
            Plaintiff,                          Civ. A. No. 04-CV-40149 (FDS)
                                    :
      v.
                                    :
BIG Y FOODS, INC.,
                                    :
            Defendant.
--------------------------------------------------------x
```

**<u>JOINT STIPULATION OF VOLUNTARY DISMISSAL</u>**

Pursuant to Fed. R. Civ. P. 41(a)(1), plaintiff Holden Commons, LLC and defendant Big Y Foods, Inc., through their undersigned counsel, hereby agree and stipulate to the dismissal of the above-captioned action without fees, costs, expenses or interest to any party and with each party waiving any and all rights to appeal.

|  |  |
|---|---|
|  | Respectfully submitted, |
| BIG Y FOODS, INC.<br>By its attorneys, | HOLDEN COMMONS, LLC<br>By its attorneys, |
| /s/ Mark D. Mason<br>Mark D. Mason (BBO #544936)<br>COOLEY, SHRAIR, P.C.<br>1380 Main Street, Fifth Floor<br>Springfield, MA 01103<br>(413) 781-0750 | /s/ Dennis A. Murphy<br>Rudolph F. Pierce (BBO #399380)<br>Dennis A. Murphy (BBO #645168)<br>GOULSTON & STORRS, P.C.<br>400 Atlantic Avenue<br>Boston, Massachusetts 02110<br>(617) 482-1776 |

Dated: November 23, 2004